# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JAMES : | |
|     Petitioner, : | |
| : | |
| v. : | Civ. No. 17-5151 |
| : | |
| KAUFFMAN, et al. : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 7th day of February, 2019, upon consideration of Petitioner Michael James' *Habeas* Petition (Doc. No. 3), Petitioner's Motion for Stay and Abeyance pending resolution of related state court proceedings (Doc. No. 17), Defendants' Response (Doc. No. 17), and Magistrate Judge Thomas J. Rueter's Report and Recommendation (Doc. No. 18) to which no objection has been filed, it is hereby **ORDERED** that:

1. Magistrate Judge Thomas J. Rueter's Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**;

2. Petitioner's Motion (Doc. No. 17) is **GRANTED**;

3. The **CLERK OF COURT** shall place this matter in suspense, and marked it as closed for statistical purposes; and

4. The Parties shall monitor the state court proceedings and immediately notify this Court upon their conclusion.

                                                   **AND IT IS SO ORDERED.**

                                                   */s/ Paul S. Diamond*
                                                   _____
                                                   Paul S. Diamond, J.